AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHARLES MARCUM,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-07-1176**
**KATRICE D. McRAE,**     **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed November 29, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: November 29, 2007         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk